| | |
|---|---|
| 1 | **DILLINGHAM & MURPHY, LLP** |
| | WILLIAM F. MURPHY, ESQ. (SBN 082482) |
| 2 | J. CROSS CREASON, ESQ. (SBN 209492) |
| | 225 BUSH STREET, 6TH FLOOR |
| 3 | SAN FRANCISCO, CALIFORNIA 94104-4207 |
| | TELEPHONE:  (415) 397-2700 |
| 4 | FACSIMILE:  (415) 397-3300 |
| 5 | Attorneys for Defendant |
| | SAFEWAY INC. |
| 6 | |
| 7 | **LAW OFFICE OF BOWMAN & ASSOCIATES** |
| | ROBERT C. BOWMAN, JR., ESQ. (SBN 232388) |
| 8 | KARA DANELLE KEISTER, ESQ. (SBN 250260) |
| | 2151 RIVER PLAZA DRIVE, SUITE 105 |
| 9 | SACRAMENTO, CA 95833 |
| | TELEPHONE:  (916) 923-2800 |
| 10 | FACSIMILE:  (916) 923-2828 |
| 11 | |
| 12 | Attorneys for Plaintiff |
| | BRENDA KEGEBEIN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BRENDA KEGEBEIN<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFEWAY INC., a corporation; and<br>DOES 1 THROUGH 50, inclusive.<br><br>　　　　　Defendants. | CASE NO. 2:10-cv-1166-JAM-KJN<br><br>**ORDER MODIFYING STATUS (PRE-TRIAL SCHEDULING) ORDER RE EXPERT DISCLOSURE AND EXPERT DISCOVERY** |

　　　　Based on the parties' stipulation, and good cause appearing, the following will modify and augment the Court's July 30, 2010 STATUS (Pre-trial Scheduling) ORDER. Except as expressly modified or augmented, the July 30, 2010 STATUS (Pre-trial Scheduling) ORDER, including the deadlines set forth therein, remains in full effect.

///

///

PAGE 1 - CASE NO.  22:10-cv-1166-JAM-KJN
STIPULATION AND [PROPOSED] ORDER RE PRE-TRIAL SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | DISCLOSURE OF EXPERT WITNESSES |
| 2 | The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by |
| 3 | **March 23, 2011**. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. |
| 4 | 26(a)(2)(c) shall be made by **April 6, 2011.** |
| 5 | Failure of a party to comply with the disclosure schedule as set forth above in all |
| 6 | likelihood will preclude that party from calling the expert witness at the time of trial absent a |
| 7 | showing that the necessity for the witness could not have been reasonably anticipated at the |
| 8 | time the disclosures were ordered and that the failure to make timely disclosure did not |
| 9 | prejudice any other party. See Fed. R. Civ. P. 37(c). |
| 10 | EXPERT DISCOVERY |
| 11 | All expert discovery shall be completed by **May 31, 2011**. In this context, "completed" |
| 12 | means that all expert discovery shall have been conducted so that all expert depositions have |
| 13 | been taken and any disputes relative to expert discovery shall have been resolved by |
| 14 | appropriate order if necessary and, where expert discovery has been ordered, the order has been |
| 15 | complied with. |
| 16 | IT IS SO ORDERED. |
| 17 | Dated:   December 22, 2010 |
| 19 | /s/ John A. Mendez |
| 20 | JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com